IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

R.J. REYNOLDS TOBACCO COMPANY,

   Appellant,

 v.

Case No.  5D17-126

SHERRY SMITH, PERSONAL
REPRESENTATIVE OF THE
ESTATE OF JULIUS B. SMITH,

   Appellee.

_____/

Opinion filed March 27, 2018

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Charles R.A. Morse, of Jones Day, New York, NY, Jason T. Burnette, of Jones Day, Atlanta, GA, Troy A. Fuhrman, and Marie Attaway Borland, of Hill Ward Henderson, Tampa, and Donald B. Ayer, of Jones Day, Washington, D.C., for Appellant.

David J. Sales, and Daniel R. Hoffman, of David J. Sales, PA, Jupiter, and William J. Wichmann, of William J. Wichmann, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

  AFFIRMED.  *See Schoeff v. R.J. Reynolds Tobacco Co.*, 232 So. 3d 294 (Fla. 2017); *R.J. Reynolds Tobacco Co. v. Marotta*, 214 So. 3d 590 (Fla. 2017); *R.J. Reynolds*

*Tobacco Co. v. Ciccone*, 190 So. 3d 1028 (Fla. 2016); *Philip Morris USA, Inc. v. Douglas*, 110 So. 3d 419 (Fla. 2013); *Wald v. Grainger*, 64 So. 3d 1201 (Fla. 2011).

EVANDER, LAMBERT, and EDWARDS, JJ., concur.